

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                            CRIMINAL NO. 17-20401

    v.                                     HON. BERNARD A. FRIEDMAN

D-1    DR. DAVID JANKOWSKI
D-2    HASSAN HAMDAN

    Defendants.
_____/

## GOVERNMENT'S MOTION, SUPPORTING BRIEF AND ORDER TO UNSEAL INDICTMENT AND FIRST SUPERSECING INDICTMENT

The United States of America hereby moves for an Order Unsealing the Indictment and First Superseding Indictment in this case, and states:

1. The Indictments in this case charges the defendants with one or more federal crimes.

2. Rule 6(e)(4) of the Federal Rules of Criminal Procedure, which authorizes this Court to seal indictments, implicitly authorizes this Court to unseal indictments.

3. The government requests that the Indictment and First Superseding Indictment be unsealed because defendants are due to be arraigned on Tuesday, September 12, 2017 and are entitled to receive a copy of the Indictment and First Superseding Indictment.

WHEREFORE, the government requests this Court to issue an Order Unsealing the Indictment and First Superseding Indictment.

Respectfully submitted,

DANIEL L. LEMISCH
Acting United States Attorney

*/s/Regina R. McCullough*
Regina R. McCullough
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
313.226.9618
regina.mccullough@usdoj.gov

DATED:   September 11, 2017

**IT IS SO ORDERED.**

_____
David R. Grand
United States Magistrate Judge

Entered: 9/11/17