UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff,**    Case No. 17-20401
-v-             HON. BERNARD FRIEDMAN

**DR. DAVID JANKOWSKI,**

      **Defendant.**
_____/

## MOTION TO WITHDRAW AS COUNSEL

Now comes Steven Fishman, co-counsel for Defendant David Jankowski, and in support of his Motion to Withdraw as Counsel states as follows:

1. He was retained as co-counsel by Dr. Jankowksi to represent him in the instant case in September, 2017. At the time, Dr. Jankowski was already represented by Deday Larene and Mark Kriger.

2. Since that time, he has spent many hours reviewing the discovery materials, meeting with Dr. Jankowski, co-counsel Larene and Kriger, and the lawyers for the government.

3. There has been a breakdown in the attorney-client relationship such that further representation of Dr. Jankowski would be impossible.

4. On July 6, 2018, a Notice of Withdrawal as Counsel was filed with the

Court.  This motion is intended to supplement that Notice.

5.  On information and belief, co-counsel will continue to represent Dr. Jankowski so this withdrawal as co-counsel should not affect the Court's docket in this case.

Respectfully submitted,

s/ Steven Fishman
Steven Fishman (P23049)
615 Griswold, Suite 1125
Detroit, MI 48226
(313) 962-4090
Email: sfish6666@gmail.com

Dated: July 8, 2018

## BRIEF IN SUPPORT OF
## MOTION TO WITHDRAW AS COUNSEL

The relief requested in this motion lies within the sound discretion of the trial judge.

                Respectfully submitted,

                s/ Steven Fishman
                Steven Fishman (P23049)
                615 Griswold, Suite 1125
                Detroit, MI 48226
                (313) 962-4090
                Email: sfish6666@gmail.com

Dated: July 8, 2018

## CERTIFICATE OF SERVICE

I certify that on July 8, 2018, I served a copy of this Motion to Withdraw as Counsel upon Wayne Pratt and Regina McCullough, AUSAs by filing same electronically.

s/ Steven Fishman
Steven Fishman