UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                Plaintiff,

v.                                      Case No. 2:17-cr-20401-BAF-DRG
                                                    Hon. Bernard A. Friedman

David Jankowski, et al.,

                Defendant(s),

## NOTICE TO APPEAR

The following defendant(s) are hereby notified to appear:  David Jankowski

The defendant(s) shall appear before District Judge Bernard A. Friedman at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 110, Detroit, Michigan, for the following proceeding(s):

- MISCELLANEOUS HEARING:  November 15, 2022 at 01:30 PM

**ADDITIONAL INFORMATION:**   Defendant's appearance is mandatory.

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                          By: s/J. Curry-Williams
                                                               Case Manager

Dated:   November 9, 2022