UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                Plaintiff,

v.                                            Case No. 2:17–cr–20401–BAF–DRG
                                                    Hon. Bernard A. Friedman

David Jankowski,

                Defendant,

_____/

**ORDER REVOKING BOND**

For the reasons stated on the record at a hearing on 11/15/2022, the bond for Defendant David Jankowski is hereby REVOKED and the defendant is REMANDED to the custody of the United States Marshal.

                                                      s/Bernard A. Friedman
                                                      Bernard A. Friedman
                                                      U.S. District Judge

**Certificate of Service**

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                                        s/J. Curry–Williams
                                                      Case Manager

Dated:   November 15, 2022