UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

        Plaintiff,

v.

David Jankowski, D.O.,

        Defendant.

Criminal No. 17-20401-01

Hon. Bernard A. Friedman

**STIPULATED WRIT OF ENTRY ON PREMISES AT 301 NORTH SHORE, SOUTH HAVEN, MICHIGAN**

The parties **STIPULATE** and **AGREE** that the United States Marshal Service **SHALL EXECUTE** a Writ of Entry on a date mutually agreed to by the parties between December 14, 2022, and December 23, 2022, for the purpose of conducting an inspection, inventory, and appraisal of the real property more particularly identified and described as:

> Legal Description of 301 N. Shore Drive, South Haven, Michigan 49090
>
> Lots 29 and 30, Block 1, Napier's Addition to the Village (now City) of South Haven, according to the amended recorded plat thereof, being a part of the South half of the North fractional half of Section 3, Town 1 South, Range 17 West, according to the Government Survey thereof.
>
> Also, commencing at the Northeasterly corner of Lot 29, Block 1,

>Dyckman and Woodman's Addition to the Village (now City) of South Haven, according to the recorded plat thereof, thence Southerly on the Easterly line of said Lot 47 Links, thence Westerly at right angles to said street to the North line of said Lot 1, thence Easterly on same to beginning, being a part of the Southwest fraction of Section 3, Town 1 South, Range 17 West, according to the Government Survey thereof.

The parties **STIPULATE** and **AGREE** that the United States gave notice of its intent upon the defendants' conviction to forfeit the above-referenced real property to the United States pursuant to 18 U.S.C. § 981(a)(1) and (7) and 28 U.S.C. § 2461, and 18 U.S.C. § 982 and 21 U.S.C. § 853 as property constituting or derived from proceeds traceable to the violations of 18 U.S.C. § 1349.

Title 21 United States Code, Section 853(e)(1) provides that the court may take any action necessary to preserve the availability of property subject to criminal forfeiture. 18 U.S.C. § 985(b)(2) explicitly allows for a writ of entry to be executed "for the purpose of conducting an inspection of the property." This inspection should, among other things, enable the United States to appraise the condition and value of the property, including the use of still and video photography of the premises. Without such an inspection, it would be difficult to preserve the availability of property that is subject to forfeiture for lack of an accurate record documenting the condition of the property.

For the above reasons, the parties **STIPULATE** and **AGREE** in their request that the Court issue a writ of entry to permit the inspection of the above named

referenced real property by agents of the United States Marshal Service on date mutually agreed upon by the parties between November 29, 2022 and December 9, 2022 for the purpose of conducting an inspection, inventory, and appraisal of the real property located at 301 North Shore Drive, South Haven, Michigan.

**IT IS SO ORDERED.**

s/Bernard A. Friedman
Bernard A. Friedman
Senior United States District Judge

Dated: December 1, 2022

**IT IS SO STIPULATED:**

Dawn N. Ison
United States Attorney

| | |
|---|---|
| s/Philip A. Ross | s/Summer McKeivier (w/consent) |
| Philip A. Ross | Summer McKeivier |
| Assistant United States Attorney | Attorney for David Jankowski |
| 211 W. Fort Street, Suite 2001 | 1441 West Long Lake Rd. Ste. 310 |
| Detroit, Michigan 48226 | Troy, MI 48098 |
| (313) 226-9790 | (248) 644-6326 |
| Philip.Ross@usdoj.gov | smckeivier@chapmanlawgroup.com |
| Virginia State Bar No. 70269 | |

Dated: November 22, 2022